IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLGY INNOVATIONS, LLC | § | |
| Plaintiff, | § | Case No: 2:15-cv-01169-JRG-RSP |
| vs. | § | LEAD CASE |
| ADAMS EXTRACT | § | |
| Defendant. | § | |
| SYMBOLGY INNOVATIONS, LLC | § | |
| Plaintiff, | § | Case No: 2:15-cv-01181-JRG-RSP |
| vs. | § | CONSOLIDATED CASE |
| RE/MAX, LLC | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL OF DEFENDANT RE/MAX, LLC WITH PREJUDICE

On this day the Court considered the Unopposed Motion to Dismiss Defendant RE/MAX, LLC With Prejudice, in the lawsuit between Plaintiff Symbology Innovations, LLC ("Symbology") and Defendant RE/MAX, LLC ("RE/MAX"). Having considered the Motion and the pleadings in this case, the Court is of the opinion that the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by Symbology against RE/MAX, and any counterclaims or other claims by RE/MAX are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 29th day of December, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE